832 A.2d 1064

**Patricia F. DAW, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 8, 2003.

Decided Sept. 30, 2003.

John Richard Orie, Pittsburgh, for Patricia F. Daw, Appellant.

Jeffrey L. Giltenboth, Pittsburgh, for Dept. of Transp.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.